UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.  17-CV-11847-IT

**JAMES DONES,**
              **Plaintiff,**

VS.

**WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,**
**Defendant-Third-Party Plaintiff.**

VS.

**KATHY MODIGLIANI,**
              **Third-Party Defendant.**

## JOINT STATUS REPORT

Now come the Parties, the Plaintiff, James Dones, the Defendant/Third-Party Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority (hereinafter referred to as the "Steamship Authority"), and the Thirty-Party Plaintiff, Kathy Modigliani, and in accordance with this Honorable Court's Scheduling Order dated May 9, 2018, hereby submit their Joint Status Report in preparation for the Status Conference scheduled on September 26, 2018.

The Parties have exchanged written discovery and obtained the deposition of Kathy Modigliani. The Plaintiff's deposition is presently scheduled for October 4, 2018.

The Plaintiff has voluntarily dismissed his Count I for Unseaworthiness and Count II for Jones Act Negligence against the Steamship Authority. His pending claim against the Steamship Authority is now limited to his Count III for payment of Maintenance and Cure. The Steamship Authority maintains its pending claims against

Ms. Modigliani for Negligence, Contribution, Indemnity, and Contribution and Indemnity for Maintenance and Cure.

As of the date of this writing, and pending the Plaintiff's deposition, none of the Parties intend to file dispositive motions.

Mediation is presently scheduled before Magistrate Judge Bowler for October 2, 2018. The Parties are in the process of rescheduling Mediation to a date after completion of the Plaintiff's deposition.

The Parties propose attending Mediation before Magistrate Judge Bowler to attempt to resolve this matter before this Honorable Court sets an expert discovery schedule.

For the Plaintiff,
By his attorneys,

"/s/Paul R. Kelley"
**Paul R. Kelley, Esquire**
**Law Offices of John C. Manoog, III**
450 South Street
Hyannis, MA 02601
Phone:  508-775-0088
Fax:  508-775-0176

For the Defendant/Third-Party Plaintiff,
By its attorneys,

"/s/Kirby L. Aarsheim"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Kirby L. Aarsheim**
**BBO NO: 678774**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210

        Tel#: (617) 723-9165  
        Fax#: (617) 720-3489  
        Email:  
        kaarsheim@clinmuzyka.com  

        For the Third-Party Defendant,  
        By her attorneys,  

        "/s/Kevn R. McNamara"  
        Kevin R. McNamara, Esquire  
        BBO #542219  
        Law Office of Kevin McNamara  
        250 First Avenue, Suite 102  
        Needham, MA 02494-2847  
        Telephone: (888) 952-6422  
        Fax: (781) 449-1825  
        Email: kmcnamara@amica.com  

## **CERTIFICATE OF SERVICE**

     Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 21, 2018.

        "/s/ Kirby L. Aarsheim"  
        **Kirby L. Aarsheim**