

*Hyannis Office*
450 South Street
Hyannis, MA 02601
Phone: (508) 775-0088
Fax: (508) 775-0176

*Plymouth Office*
4 Court Street, Suite 212
Plymouth, MA 02360
Phone: (508) 747-9888

December 18, 2018

*via ECF FILING*
Steve York
Courtroom Deputy to the Hon. Jennifer C. Boal
United States District Court
District of Massachusetts
1 Courthouse Way - Suite 2300
Boston, MA 02210

RE:   James Dones v. Woods Hole, Martha's Vineyard and Nantucket Steamship Authority
        US District Court: 17-CV-11847-IT

Dear Clerk:

Please be advised that this matter has been settled between the parties. Kindly issue a Settlement Order of Dismissal at your earliest conveniece.

If you have any questions, please feel free to contact me.

Sincerely,

/s/ John C. Manoog, III, Esq.
John C. Manoog, III, Esquire

PRK/smw

### CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/John C. Manoog III
**John C. Manoog III**