UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 17-CV-11847-JCB

**JAMES DONES,**
      **Plaintiff,**

VS.

**WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY,**
      **Defendant-Third-Party Plaintiff.**

VS.

**KATHY MODIGLIANI,**
      **Third-Party Defendant.**

## STIPULATION OF DISMISSAL

Now come the Parties, in the above captioned civil action, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

The Plaintiff's Count III (Maintenance & Cure), including but not limited to any and all claims related to his degenerative back condition and for treatment related to the September 28, 2014 incident, against the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, are hereby dismissed with prejudice and without costs to either party.

The Defendant/Third-Party Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority's Third-Party Complaint, including Count I (Contribution), Count II (Indemnity), Count III (Contribution & Indemnity for

Maintenance & Cure), and Count IV (Negligence), against Third-Party Defendant, Kathy Modigliani, are hereby dismissed with prejudice and without costs to either party.

WHEREFORE, the Parties hereby pray that this Honorable Court adopt this Stipulation and dismiss all Counts of the Plaintiff's Complaint and the Defendant/Third-Party Plaintiff, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority's Third-Party Complaint with prejudice and without costs to any party.

For the Plaintiff,
By his attorneys,

"/s/Paul R. Kelley"
**Paul R. Kelley, Esquire**
**Law Offices of John C. Manoog, III**
450 South Street
Hyannis, MA 02601
Phone:  508-775-0088
Fax:  508-775-0176


For the Defendant/Third-Party Plaintiff,
By its attorneys,

"/s/Kirby L. Aarsheim"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Kirby L. Aarsheim**
**BBO NO: 678774**
88 Black Falcon Avenue
Suite 200
Boston, MA 02210
Tel#: (617) 723-9165
Fax#: (617) 720-3489
Email: kaarsheim@clinmuzyka.com

Case 1:17-cv-11847-JCB   Document 44   Filed 03/01/19   Page 3 of 3

3

        For the Third-Party Defendant,
By her attorneys,

"/s/Kevin R. McNamara"
**Kevin R. McNamara, Esquire**
**BBO #542219**
Law Office of Kevin McNamara
250 First Avenue, Suite 102
Needham, MA 02494-2847
Telephone: (888) 952-6422
Fax: (781) 449-1825
Email: kmcnamara@amica.com

## **CERTIFICATE OF SERVICE**

    Pursuant to Local Rule 5.2, I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 1, 2019**.**

        "/s/Kirby L. Aarsheim"
**Kirby L. Aarsheim**